## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 9th day of March, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Andrica Metals Corporation
Attn: President/ CEO
21611 Harper Avenue
St. Clair Shores, MI  48080-2254

Andrica Metals Corp.
Attn:  Dana B. Muncy, Registered Agent/
Resident Agent (or other registered agent)
P.O. Box 450
St. Clair Shores, MI  48080-0450

_____
Mary E. Augustine, Esq. (No. 4477)

579027v1
547322-1